| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Eric R. Perkins, Chapter 7 Trustee<br>354 Eisenhower Parkway, Plaza 2<br>Livingston, NJ 07039<br>Tel: 973-422-1100<br>E-mail: eperkins@becker.legal |  |
| In Re:<br><br>GLOBAL TRADING INVESTMENTS, LLC,<br><br>DEBTOR. | Case No.:   04-41297 (RG)<br>Chapter:   7<br>Judge:   Rosemary Gambardella |

### NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 3011-1(a)

  ERIC R. PERKINS  , trustee in the above captioned matter states that the entire amount in the trustee's account has been disbursed and that the following funds remain unclaimed. The undersigned will immediately forward a check to the court in the amount of  $253.37  , payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
| Louis Dragonetti<br><br>221 Brook Street<br><br>Paramus, NJ 07652-1809 | $2.21 |
| Hanaa Ibrahim<br><br>109 Golden Lane<br><br>Hazlet, NJ 07730 | $3.68 |

| | |
|---|---|
| Frances M. Kielar<br><br>1377 Well Road<br><br>Bridgewater, NJ 08807-1426 | $4.41 |
| **PAYEE**<br>**NAME AND ADDRESS** | **AMOUNT** |
| Rebecca Brown<br><br>1365 South Clayton Street<br><br>Denver, CO 80210 | $1.47 |
| Scott Picconi<br><br>12 Biscayne Street<br><br>Toms River, NJ 08757 | $0.91 |
| Ronald and Johanna Kalemba<br><br>292 Curtis Point Drive<br><br>Mantoloking, NJ 08738 | $3.68 |
| James K. Medeiros<br><br>331 Arcadia Court<br><br>Fort Wayne, IN 46807 | $3.68 |
| Edward Fallas<br><br>1873 East 19th Street 2nd Floor<br><br>Brooklyn, NY 11229 | $3.68 |
| Andrew Orlov<br><br>31 South Syracuse Drive<br><br>Cherry Hill, NJ 08034-1237 | $1.34 |

| | |
|---|---|
| Joanne Zemsky<br><br>33 Jacobson Street<br><br>Sayerville, NJ 08872-1024 | $3.67 |
| Justin D. Shearer<br><br>515 Admirals Circle<br><br>Pine Beach, NJ 0874 | $1.10 |
| Thomas Donovan<br><br>229 Eagleswood Avenue<br><br>Lanoka Harbor, NJ 08734 | $3.67 |
| Barbara Herman<br><br>214 Hamilton Boulevard<br><br>Piscataway, NJ 08854 | $3.68 |
| Ryan Schaefer<br><br>148 Seaspray Road<br><br>Manahawkin, NJ 08050-1345 | $0.73 |
| Christopher Trotta<br><br>Post Office Box 335<br><br>Manahawkin, NJ 08050-0335 | $3.31 |
| Glenn Haken<br><br>49 Crest Avenue<br><br>Manahawkin, NJ 08050 | $2.28 |
| Alexander Hurtado<br><br>56 Moonachie Road<br><br>Moonachie, NJ 07074 | $3.67 |

| | |
|---|---|
| Scott Suydam<br><br>252 North 1st Street<br><br>Surf City, NJ 08008 | $3.68 |
| OBS Leasing Co., Inc<br><br>Attn: Michael Parasolle<br><br>1 Chapin Road<br><br>Pine Brook, NJ 07058 | $3.16 |
| Carly Manger<br><br>c/o Ralph Manger<br><br>43 Dorrance Drive<br><br>Bayville, NJ 08721 | $3.68 |
| Walter C. Foster<br><br>2595 Hooper Avenue<br><br>Brick, NJ 08723 | $2.20 |
| Kareem A. Salaam<br><br>56 Stockton Place<br><br>East Orange, NJ 07017 | $3.68 |
| Judith Doyle<br><br>56 Stockton Place<br><br>East Orange, NJ 07017 | $3.68 |
| Thomas Jon Rikeman<br><br>68 Bonita Road<br><br>Waretown, NJ 08758 | $3.38 |

| | |
|---|---|
| Michael J. Grigo<br><br>809 Alix Street<br><br>New Orleans, LA 70114-1108 | $3.53 |
| Michael and Maureen Geri<br><br>674 Central Avenue<br><br>Franklinville, NJ 08322 | $1.47 |
| Estate of Nadia Nesnick<br><br>c/o Jeanne M. Palmenteri, Trustee<br><br>156-32 92nd Street<br><br>Howard Beach, NY 11414 | $3.68 |
| Anthony DiSabatino<br><br>c/o Ralph Manger<br><br>43 Dorrance Drive Bayville, NJ 08721 | $3.13 |
| James D. Gragg<br><br>1109 Wynford Commons<br><br>Marietta, GA 30064 | $1.84 |
| Benjamin Goldman<br><br>716 North St. Lucas Street<br><br>Allentown, PA 18104-4031 | $2.39 |
| William P. Zobie<br><br>115 Ridgeway Street<br><br>Barnegat, NJ 08005 | $1.84 |
| Frank and Debra Fox<br><br>1163 Steamer Avenue<br><br>Manahawkin, NJ 08050 | $3.68 |

| | |
|---|---|
| John and Melinda D'Addario<br><br>652 Compass Avenue<br><br>Beachwood, NJ 08722 | $2.21 |
| Capital One Bank<br><br>Post Office Box 85167<br><br>Richmond, VA 23285 | $0.50 |
| Donald Ruane<br><br>1519 Ridgeland Court<br><br>Lilburn, GA 30047 | $3.68 |
| Philip Fucetola<br><br>359 Route 9<br><br>Waretown, NJ 08758 | $3.68 |
| New Jersey Natural Gas<br><br>1414 Wycoff Road<br><br>Post Office Box 1468<br><br>Wall, NJ 07719 | $0.60 |
| Elsie Ramsey<br><br>3 Notts Court<br><br>Toms River, NJ 08757 | $2.21 |
| Ashley Hanna Marie Rikeman and Mary Kay Erickson<br><br>c/o Anna Trotta<br><br>117 Mary Bell Road<br><br>Manahawkin, NJ 08050-7827 | $0.37 |

| | |
|---|---|
| Shahira Enea<br><br>16 Cedar Court<br><br>Marlboro, NJ 07746 | $3.68 |
| Tammi Fricks<br><br>97 Maple Street<br><br>Beachwood, NJ 08722 | $2.24 |
| David Rubin<br><br>502 Jackson Avenue<br><br>Manville, NJ 08835-1926 | $3.68 |
| Joel Picone<br><br>47 Pupek Road<br><br>South Amboy, NJ 08879-1328 | $1.47 |
| Sylvia Parliman & Susan Picconi<br><br>12 Biscayne Street<br><br>Toms River, NJ 08757-3727 | $3.67 |
| Victoria Horvath<br><br>c/o Ralph Manger<br><br>43 Dorrance Drive<br><br>Bayville, NJ 08721 | $0.37 |
| Alexis Seiferling<br><br>97 Hilltop Drive<br><br>Brick, NJ 08724 | $3.68 |
| Michael Pritchard<br><br>1640 Farragut Avenue<br><br>Toms River, NJ 08753 | $3.68 |

| | |
|---|---|
| Feliciano Tineo<br><br>60 Stoke Street<br><br>Lodi, NJ 07644 | $4.19 |
| Richard M. Knapp<br><br>14 Pilgrim Drive<br><br>Clifton, NJ 07013 | 3.68 |
| Frank Pellicani<br><br>71 Under Rock Rd.<br><br>Sparta, NJ 07871 | $0.74 |
| Rich Standt<br><br>441 East Main Street<br><br>Manasquan, NJ 08736 | $3.68 |
| Joseph or Marsel Salama<br><br>35 Kennedy Way<br><br>Keansburg, NJ 07734 | $3.68 |
| Frederick F. Sheeler<br><br>587 Ayres Avenue<br><br>North Plainfield, NJ 07063-1832 | $0.74 |
| Patricia L. Clark<br><br>1825 Washington Avenue<br><br>Ortley Beach, NJ 08751 | $3.68 |
| Capital One Bank<br><br>Post Office Box 85167<br><br>Richmond, VA 23285 | $0.51 |

| | |
|---|---|
| Armand Grez<br><br>6D Hickory Court<br><br>Brielle, NJ 08730 | $1.84 |
| Bryan T. Voss<br><br>19 Kent Avenue<br><br>Maple Shade, NJ 08052 | $1.47 |
| Daniel Pasquariello<br><br>341 Preakness Avenue<br><br>Apartment #8<br><br>Paterson, NJ 07502-1748 | $4.38 |
| Kristi Voss<br><br>273 Grand Central Parkway<br><br>Bayville, NJ 08721 | $1.47 |
| Household Receivable Acquisition Corp. II<br><br>Post Office Box 98724<br><br>Las Vegas, NV 89193 | $0.48 |
| Raymond Chickanis, Jr.<br><br>Post Office Box 363<br><br>Lake Hopatcong, NJ 07849 | $2.21 |
| Robert Vandermeiren<br><br>148 Sespray Road<br><br>Manahawkin, NJ 08050 | $3.68 |
| Alan Rue, Jr.<br><br>3 Rondell Lane<br><br>Laurence Harbor, NJ 08859 | $0.92 |

| | |
|---|---|
| Michael Tarantino<br><br>509 Reynolds Avenue<br><br>Bronx, NY 10465 | $3.68 |
| Kevin Crown<br><br>c/o Maureen Crown<br><br>60 Barnida Drive East Hanover, NJ 07936 | $0.74 |
| Andrew and Barbara Maglione<br><br>69 Elderberry Lane<br><br>Toms River, NJ 08753 | $2.21 |
| Vincent Lioudis<br><br>c/o Susan Lioudis<br><br>7 Village Drive Barnegat, NJ 08005 | $1.10 |
| Tammie Mensch<br><br>60 Ironwood Court<br><br>Middletown, NJ 07748 | $1.47 |
| Arthur Paradise<br><br>67 Woodbine Circle<br><br>New Providence, NJ 07974 | $3.68 |
| Allison M. Kreitz<br><br>111 Stillwater Road<br><br>Barnegat, NJ 08005 | $3.60 |
| Garrett Kelleher<br><br>55 Jamie Court<br><br>Suffern, NY 10901 | $1.47 |

| | |
|---|---|
| World Financial Network National Bank Limited<br><br>c/o Weinstein & Riley, P.S.<br><br>2101 4th Avenue, Suite 900<br><br>Seattle, WA 98121 | $0.19 |
| Capital One Bank<br><br>Post Office Box 85167<br><br>Richmond, VA 23285 | $2.32 |
| Dr. Henry Karnowski<br><br>710 Laley Road<br><br>Forked River, NJ 08721-1402 | $3.89 |
| Andrew Lockwood<br><br>4022 Bayberry Court<br><br>Monmouth Junction, NJ 08852 | $3.68 |
| Joshua Hemingway<br><br>8400 Lindbergh Boulevard Apartment 1207<br><br>Philadelphia, PA 19153 | $2.94 |
| Thomas Donovan<br><br>229 Eagleswood Avenue<br><br>Lanoka Harbor, NJ 08734 | $3.68 |
| Geraldine Hammett<br><br>107 Canterbury Lane<br><br>Toms River, NJ 08757-6578 | $1.46 |

| | |
|---|---|
| Brandon T. Voss<br><br>c/o Kristi Voss<br><br>273 Grand Central Parkway<br><br>Bayville, NJ 08721 | $0.74 |
| Emily Lioudis<br><br>c/o Susan Lioudis<br><br>7 Village Drive<br><br>Barnegat, NJ 08005 | $1.47 |
| Jacob L. Jones<br><br>284 North 5th Avenue<br><br>Long Branch, NJ 07740-6144 | $3.68 |
| Michael Adesso<br><br>1833 3rd Avenue<br><br>Toms River, NJ 08757-3508 | $0.74 |
| Brenda and Thomas Igoe<br><br>100 Mount Lebanon Road<br><br>Glen Gardner, NJ 08826 | $0.74 |
| Bennie Smith<br><br>Post Offfice Box 691<br><br>Dover, DE 19903 | $3.68 |
| Douglas Basile<br><br>57 Gimble Place<br><br>Ocean, NJ 07712-2565 | $1.46 |

| | |
|---|---|
| Leonarda LaMantia<br><br>3B Garden Terrace<br><br>North Arlington, NJ 07031 | $3.68 |
| Howard Gunter<br><br>27 Powell Avenue<br><br>Rochelle Park, NJ 07662 | $3.68 |
| John Crown<br><br>c/o Maureen Crown<br><br>60 Barnida Drive<br><br>East Hanover, NJ 07936 | $0.74 |
| Louis Spinelli<br><br>77 Roanoke Street<br><br>Woodbridge, NJ 07095 | $2.20 |
| George M. Bowers<br><br>609 Beacon Avenue<br><br>Beachwood, NJ 08722 | $1.47 |
| Susan A. Siana<br><br>701 Bermuda Drive<br><br>Neshanic Station, NJ 08853 | $1.47 |
| Luis Veloz<br><br>183 East 2nd Street Apartment 1A<br><br>New York, NY 10009-8087 | $3.67 |

| | |
|---|---|
| Cole Manger<br><br>c/o Ralph Manger<br><br>43 Dorrance Drive<br><br>Bayville, NJ 08721 | $3.68 |
| Georgia A. Kearney<br><br>22 Zachary Way<br><br>Mount Arlington, NJ 07856 | $2.21 |
| Michael and Susan Lioudis<br><br>7 Village Drive<br><br>Barnegat, NJ 08005 | $1.10 |
| Patricia A. Malley<br><br>1615 Grandiflora Drive<br><br>Leland, NC 28451 | $3.68 |
| Mr. and Mrs. Mark Kastner<br><br>1470 Lucas Avenue<br><br>Cottekill, NY 12419 | $2.21 |
| Bryan and Hester Swint<br><br>8 Rocky Mountain Boulevard<br><br>Brick, NJ 08724 | $3.68 |
| Silverton Chiropractic Services<br><br>Stella Medical Center<br><br>10 Kettle Creek Road<br><br>Toms River, NJ 08753-1736 | $0.14 |

| | |
|---|---|
| Gerald P. Ruane<br><br>11 Rushmore Drive<br><br>Brick, NJ 08723 | $3.68 |
| Thomas Schaefer<br><br>148 Seaspray Road<br><br>Manahawken, NJ 08050-1345 | $1.46 |
| Alexander Horvath<br><br>c/o Joann Horvath 17040 Arkansas Court<br><br>Lewes, DE 19958 | $0.74 |

Date:  5/18/2023

/s/Eric R. Perkins

Trustee

*rev.8/1/15*